```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 00519
   MARY J GULLETT
                                             CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-6610


----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/07/05 and confirmed on 06/10/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   6553.00 .

    4.  The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------------
GREENWICH FINANCE          SECURED          3625.00        394.92        3625.00
CITIBANK                   UNSECURED       NOT FILED          .00            .00
ILLINOIS DEPT REVENUE      UNSECURED       NOT FILED          .00            .00
ARMOR SYSTEMS CORP         UNSECURED       NOT FILED          .00            .00
ARMOR SYSTEMS CORP         UNSECURED       NOT FILED          .00            .00
ARMOR SYSTEMS CORP         UNSECURED       NOT FILED          .00            .00
AT&T                       UNSECURED       NOT FILED          .00            .00
BRADSHAW & LONG FUNERAL    UNSECURED       NOT FILED          .00            .00
GC SERVICES DATA CONTROL   UNSECURED       NOT FILED          .00            .00
INTERNAL REVENUE SERVICE   UNSECURED            .00           .00            .00
AMERICAN CASH N GO         UNSECURED       NOT FILED          .00            .00
CHECK INTO CASH            UNSECURED       NOT FILED          .00            .00
CHECK N GO OF ILLINOIS     UNSECURED       NOT FILED          .00            .00
NCO FINANCIAL SYSTEMS IN   UNSECURED       NOT FILED          .00            .00
SBC AMERITECH              UNSECURED       NOT FILED          .00            .00
USA PAYDAY LOANS           UNSECURED       NOT FILED          .00            .00
CTCA PROFESSIONAL CORP O   UNSECURED          29.00           .00           2.90
PATIENT FIRST              UNSECURED         102.90           .00          10.29
PATIENT FIRST              UNSECURED         100.00           .00          10.00
INTERNAL REVENUE SERVICE   PRIORITY             .00           .00            .00
----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------------
INTERNAL REVENUE SERVICE UNSECURED               .00          .00            .00
        Summary of disbursements:
----------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  3625.00         .00       231.90         .00       3856.90
PRINCIPAL PAID      3625.00         .00        23.19         .00       3648.19
```

```
INTEREST PAID              394.92         .00        .00         .00       394.92
TOTAL PAID                4019.92         .00      23.19         .00      4043.11
```

The Debtor's attorney, HAROLD M SAALFELD          , was allowed $   2200.00 and was paid $   2200.00 .

The Trustee received $     280.07 .

Refunds to the Debtor totaled $     29.82 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 12/12/08                        /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE